UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-22950

WALTER HUMBERTO PEREZ )
VALVERDE, WALTER ALEXANDER )
GONZALEZ GOMEZ, MANUEL DE JESUS )
LOPEZ RIVERA, WILLIAM ALBERTO )
MIDENCE ORDONEZ, GERONIMO )
FERNANDO PARRALES CHEVEZ, and all )
others similarly situated under 29 U.S.C. )
216(b), )
             )
   Plaintiff, )
             )
vs. )
             )
MIAMI TERMINAL COLD STORAGE, )
LLC, LEE E SIGLER, and DEBORAH M )
SIGLER, )
             )
   Defendants. )
_____ )

### PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 8], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

  I. **WALTER HUMBERTO PEREZ VALVERDE**

  **Period Claimed:** July 7, 2013 through August 1, 2015
  Weeks: 108 weeks
  Overtime hours per week: 35 hours
  Amount of half time per hour not compensated: $4.00/hr (based on hourly rate of $8.00/hr)
  Total overtime wages unpaid: **$15,120.00**

  **Total Overtime Wage Claim and Liquidated Damages: $15,120.00 X 2 = $30,240.00**

II. **WALTER ALEXANDER GONZALEZ GOMEZ**

**Period Claimed:** July 7, 2013 through July 13, 2015
Weeks: 105 weeks
Overtime hours per week: 35 hours
Amount of half time per hour not compensated: $4.65/hr (based on hourly rate of $9.30/hr)
Total overtime wages unpaid: **$17,088.75**

**Total Overtime Wage Claim and Liquidated Damages: $17,088.75 X 2 = $34,177.50**

III. **MANUEL DE JESUS LOPEZ RIVERA**

**Period Claimed:** July 7, 2013 through May 15, 2015
Weeks: 96 weeks
Overtime hours per week: 30 hours
Amount of half time per hour not compensated: $3.93/hr (based on hourly rate of $7.86/hr)
Total overtime wages unpaid: **$11,318.40**

**Total Overtime Wage Claim and Liquidated Damages: $11,318.40 X 2 = $22,636.80**

IV. **WILLIAM ALBERTO MIDENCE ORDONEZ**

**Period Claimed:** July 7, 2013 through July 25, 2015
Weeks: 107 weeks
Overtime hours per week: 30 hours
Amount of half time per hour not compensated: $3.93/hr (based on hourly rate of $7.86/hr)
Total overtime wages unpaid: **$12,615.30**

**Total Overtime Wage Claim and Liquidated Damages: $12,615.30 X 2 = $25,230.60**

V. **GERONIMO FERNANDO PARRALES CHEVEZ**

**Period Claimed:** July 7, 2013 through July 13, 2015
Weeks: 105 weeks
Overtime hours per week: 30 hours
Amount of half time per hour not compensated: $4.75/hr (based on hourly rate of $9.50/hr)
Total overtime wages unpaid: **$14,962.50**

**Total Overtime Wage Claim and Liquidated Damages: $14,962.50 X 2 = $29,925.00**

**TOTAL OVERTIME WAGE CLAIMS AND LIQUIDATED DAMAGES = $142,209.90**

\*\*Plaintiff seeks all fees and costs under the FLSA.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By: /s/ Allyson Morgado
            Allyson Morgado, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/11/16 TO:

ALL CM/ECF RECIPIENTS

        BY: /s/ Allyson Morgado
            Allyson Morgado, Esquire