**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 16-22950-CIV-LENARD/GOODMAN**

**WALTER   HUMBERTO   PEREZ
VALVERDE,  et  al.,  and  all  other
similarly-situated  under  29  U.S.C.
216(b)**,

       Plaintiffs,

vs.

**MIAMI  TERMINAL  COLD  STORAGE,
LLC, LEE E. SIGLER, and DEBORAH
M. SIGLER**,

       Defendants.

_____/

**JOINT CONSENT TO JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE**

       In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes _____ | No _____ |
| 2. | Motions for Costs | Yes _____ | No _____ |
| 3. | Motions for Attorney's Fees | Yes _____ | No _____ |
| 4. | Motions for Sanctions or Contempt | Yes _____ | No _____ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes _____ | No _____ |
| 6. | Motions to Certify or Decertify Class | Yes _____ | No _____ |
| 7. | Motions for Preliminary Injunction | Yes _____ | No _____ |
| 8. | Motions for Summary Judgment | Yes _____ | No _____ |
| 9. | Motions to Remand (in removal cases) | Yes_____ | No _____ |
| 10. | All other Pre-Trial Motions | Yes _____ | No _____ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | Yes _____ | No _____ |

_____
      (Date)

_____
Signature of _____
Counsel for _____

Case No. 16-22950-CIV-LENARD/GOODMAN

_____          _____
            (Date)                       Signature of_____
                                         Counsel for  _____

_____          _____
            (Date)                       Signature of _____
                                         Counsel for  _____

_____          _____
            (Date)                       Signature of_____
                                         Counsel for  _____