UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:16-cv-22950-JAL

WALTER HUMBERTO PEREZ VALVERDE, WALTER ALEXANDER GONZALEZ GOMEZ, MANUEL DE JESUS LOPEZ RIVERA, WILLIAM ALBERTO MIDENCE ORDONEZ, GERONIMO FERNANDO PARRALES CHEVEZ, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO STATEMENT OF CLAIM

Defendants, MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER, by and through their undersigned counsel, hereby file their response to Plaintiffs' Statement of Claim [DE #10,] and state as follows:

1. Plaintiffs' Statement of Claim is based on untrue, unsupported, and exaggerated calculations of hours and damages. Therefore, Defendants deny all such allegations. Further, even if Plaintiffs were owed any overtime, it would be only half their regular rate, as they were paid on a day rate.

2. Walter Humberto Perez Valverde started working for the entity Defendant on or about July 5, 2009. He worked until June 6, 2015 and came back on July 13, 2015 and worked until July 23, 2015. During his employment, he was paid on a day rate at $100 per day.

1

3. Manuel De Jesus Lopez started working for the entity Defendant on or about July 5, 2009. He worked until June 6, 2015. During his employment, he was paid on a day rate at $91.66 per day.

4. William Alberto Midence Ordonez started working for the entity Defendant on or about December 10, 2011. He worked until June 6, 2005 and came back on July 13, 2015 and worked until July 23, 2015. During his employment, he was paid, initially, on a day rate at $75 per day. On or about May 10, 2015, his day rate increased to $91.66 per day. His last day was on or about July 23, 2015, but was paid through July 25, 2015.

5. Geronimo Fernando Parrales Chevez started working for the entity Defendant on or about July 5, 2009. Beginning August 7, 2011, his daily rate was $100.00. On or about May 10, 2015, his day rate increased to $116.66. He worked for the entity Defendant until on or about July 23, 2015, but was paid through July 25, 2015.

6. All Plaintiffs were paid their fixed daily salary regardless of the amount of hours actually worked, even if less than a full day, on a fluctuating workweek basis, to account for and compensate for varying degrees of busyness.

7. All Plaintiffs worked mostly Monday through Friday with occasional half days on Saturday.

Respectfully submitted, this 17th day of January, 2017.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
e-mail:     adi@lubellrosen.com


By /s/ Adi Amit
   Adi Amit, Esquire
   Florida Bar No.: 35257

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

### SERVICE LIST

*Walter Valverde, et al. v. Miami Terminal Cold Storage, LLC, et al.*
*S.D. Fla. Case No. 1:16-cv-22950-JAL*

| | |
|---|---|
| Neil Tobak, Esq. | Adi Amit, Esquire |
| Joshua Howard Sheskin, Esq. | LUBELL & ROSEN, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Ave. |
| Z.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street, Suite 605 | Fort Lauderdale, Florida 33301 |
| Miami Beach, FL 33141 | adi@lubellrosen.com |
| ntobak.zidellpa@gmail.com | *Counsel for Defendants* |
| jsheskin.jhzidellpa@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |

3