UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-22950

WALTER HUMBERTO PEREZ            )
VALVERDE, WALTER ALEXANDER       )
GONZALEZ GOMEZ, MANUEL DE JESUS  )
LOPEZ RIVERA, WILLIAM ALBERTO    )
MIDENCE ORDONEZ, GERONIMO        )
FERNANDO PARRALES CHEVEZ, and all )
others similarly situated under 29 U.S.C. )
216(b),                          )
         Plaintiff,            )
  vs.                            )
MIAMI TERMINAL COLD STORAGE,     )
LLC, LEE E SIGLER, and DEBORAH M )
SIGLER,                          )
         Defendants.           )
_____ )

**PLAINTIFF'S NOTICE OF COMPLIANCE**

Comes Now Plaintiff, by and through undersigned counsel, and files Plaintiff's Notice of Compliance with the Court's Order [DE 29], and in support thereof states as follows:

1. On July 11, 2016, the Court issued a notice of Court Procedure in Actions Brought under the Fair Labor Standards Act and Referral to Magistrate Judge for Settlement Conference. Therein, the Parties were Ordered to submit to a settlement conference before Magistrate Judge Jonathan Goodman "to occur within twenty (20) days of Defendant filing its Response to Plaintiff's Statement of Claim. Counsel shall confer and contact Magistrate Judge Goodman's Chambers prior to the due date for Defendant's Response to Plaintiff's Statement of Claim in order to schedule the settlement conference." Defendants filed their Response to Plaintiff's Statement of Claim on January 17, 2017; however, as of the Court's Order [DE29], the Parties have not submitted to a

1

settlement conference before Judge Goodman, nor contacted Judge Goodman's chambers to schedule one.

2.     On February 7, 2017, the Court ordered that on or before February 9, 2017, the Parties shall confer and contact Judge Goodman's Chambers to schedule a settlement conference or show cause why this action should not be dismissed for failure to comply with the Court's Orders.

3.     On February 7, 2017, the parties conferred and contacted Judge Goodman's Chambers, scheduling a settlement conference for March 16, 2017 at 9:30 am.

4.     Plaintiff therefore submits this Notice of Compliance and request the Court accept it as compliant with its Order [DE 29].

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Neil Tobak
Neil Tobak Esq.
Ntobak.zidellpa@gmail.com
Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 7, 2017.

                J.H. Zidell, P.A.
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                 Fax: (305) 865-7167
                *Attorneys for Plaintiff*

                By:  /s/ Neil Tobak
                Neil Tobak, Esq.
                ntobak.zidellpa@gmail.com
                Florida Bar Number: 93940