UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:16-cv-22950-JAL

WALTER HUMBERTO PEREZ VALVERDE, WALTER ALEXANDER GONZALEZ GOMEZ, MANUEL DE JESUS LOPEZ RIVERA, WILLIAM ALBERTO MIDENCE ORDONEZ, GERONIMO FERNANDO PARRALES CHEVEZ, and all others similarly situated under 29 U.S.C. 216(b),

   Plaintiff,

v.

MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER,

   Defendants.
_____/

## DEFENDANTS' NOTICE

Defendants, MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER, by and through their undersigned counsel, hereby file their Notice, pursuant to the Court's Endorsed Order [DE #33] and confirming that both Defendants' and their counsel are available to attend the March 16, 2017 Settlement Conference commencing at 8:30 a.m., pending a court order scheduling the settlement conference for that time.

Dated, this 14th day of March, 2017.

                              LUBELL & ROSEN, LLC
                              *Attorneys for Defendants*
                              200 S. Andrews Ave, Suite 900
                              Ft. Lauderdale, Florida 33301
                              Phone: (954) 880-9500
                              Fax: (954) 755-2993
                              E-mail:   adi@lubellrosen.com


                              By: *s/Adi Amit*
                                  Adi Amit, Esquire
                                  Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2017 I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Walter Humberto Perez Valverde, et al. v. Miami Terminal Cold Storage, LLC., et al.*
S.D. Fla. Case No. 1:16-cv-22950-JAL

Joshua H. Sheskin, Esq.
Neil Tobak, Esq.
J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
ntobakzidellpa@gmail.com
jsheskin.jhzidell@gmail.com
ZABOGADO@aol.com
*Counsel for Plaintiffs*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Ave.
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*