UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 16-22950-CIV-LENARD/GOODMAN**

**WALTER HUMBERTO PEREZ VALVERDE, et al., and all other similarly-situated under 29 U.S.C. 216(b)**,

    Plaintiffs,
vs.

**MIAMI TERMINAL COLD STORAGE, LLC, LEE E. SIGLER, and DEBORAH M. SIGLER**,

    Defendants.
_____/

**ORDER OF REFERRAL TO MEDIATION AND DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT (WITHIN FOURTEEN DAYS) PROPOSED ORDER SCHEDULING MEDIATION**

Trial having been set in this matter under separate order of the Court, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern District of Florida Local Rule 16.2, it is hereby

**ORDERED** as follows:

1. All parties are required to participate in mediation. The mediation shall be completed no later than **August 30, 2017**. The parties are encouraged to schedule mediation earlier than this date, for example as soon as the key discovery is completed, to avoid incurring unnecessary costs and fees.

2. Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, shall be responsible for scheduling the mediation conference. The parties shall agree upon a mediator within 14 days from the date of this Order. If there is no agreement,

Case No. 16-22950-CIV-LENARD/GOODMAN

lead counsel shall notify the Clerk, in pleading form, within 14 days from the date of this Order and the Clerk shall designate a mediator from the List of Certified Mediators, based on a blind rotation.

3.  A place, date, and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall be established.  **Plaintiff's counsel shall complete the attached form order and submit it as an exhibit to a Notice of Filing, via the Court's electronic filing system.  A separate e-mail copy of the order need not be sent to the Court.**  <u>A Notice of Selection of Mediator will not be considered compliant with this Order.</u>

4.  Except as provided under Southern District of Florida Local Rule 16.2(E) for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory.  Appearance shall be in person; telephonic appearance is prohibited.  If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

5.  All discussions, representations and statements made at the mediation conference shall be confidential and privileged.

6.  At least fourteen (14) days prior to the mediation date, all parties shall present to the mediator a brief written summary of the case identifying issues to be resolved.  Copies of these summaries shall be served on all other parties.

7.  The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order.  The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

8.  The mediator shall be compensated in accordance with the standing Order of the

Case No. 16-22950-CIV-LENARD/GOODMAN

Court entered pursuant to Rule 16.2(B)(6), or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties. The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court. All payments shall be remitted to the mediator within 30 days of the date of the bill. Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least two (2) full business days in advance. Failure to do so will result in imposition of a fee for one hour.

9. If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Southern District of Florida Local Rule 16.2.(f), by the filing of a notice of settlement signed by counsel of record within 14 days of the mediation conference. Thereafter the parties shall forthwith submit an appropriate pleading concluding the case. The case will remain on the trial calendar until an order dismissing the action is entered by the Court.

10. Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

11. If mediation is not conducted, the case may be stricken from the trial calendar, the pleadings may be stricken and default entered and/or other sanctions imposed.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of March, 2017.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**
