UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:16-cv-22950-JAL

WALTER HUMBERTO PEREZ VALVERDE, WALTER ALEXANDER GONZALEZ GOMEZ, MANUEL DE JESUS LOPEZ RIVERA, WILLIAM ALBERTO MIDENCE ORDONEZ, GERONIMO FERNANDO PARRALES CHEVEZ, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER,

    Defendants.
_____/

## **DEFENDANTS' TRIAL WITNESS LIST**

Defendants, MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER, by and through their undersigned counsel, hereby file their Trial Witness List as follows:

| No. | Name | Subject Matter |
|---|---|---|
| 1. | Lee E. Sigler<br>c/o Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301 | Defendants expect to present Mr. Sigler's testimony |
|  |  |  |
| 2. | Deborah M. Sigler<br>c/o Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301 | Defendants expects to present Mrs. Sigler's testimony |
|  |  |  |
| 3. | Walter Humberto Perez Valverde<br>c/o J.H. Zidell, P.A. | Defendants may call Mr. Walter Humberto Perez Valverde to testify |

1

|     |                                                                                                      |                                                                                                                           |
| --- | ---------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------- |
|     | 300 71st Street<br>Suite 605<br>Miami Beach, FL 33141                                                |                                                                                                                           |
|     |                                                                                                      |                                                                                                                           |
| 4.  | Walter Alexander Gonzalez Gomez<br>c/o J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141 | Defendants may call Mr. Walter Alexander Gonzalez Gomez to testify                                                        |
|     |                                                                                                      |                                                                                                                           |
| 5.  | Manuel De Jesus Lopez Rivera<br>c/o J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141 | Defendants may call Mr. Manuel De Jesus Lopez Rivera Barahona to testify                                                  |
|     |                                                                                                      |                                                                                                                           |
| 6.  | William Alberto Midence Ordonez<br>c/o J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141 | Defendants may call Mr William Alberto Midence Ordonez to testify                                                         |
|     |                                                                                                      |                                                                                                                           |
| 7.  | Geronimo Fernando Parrales Chevez<br>c/o J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141 | Defendants may call Mr. Geronimo Fernando Parrales Chevez to testify                                                      |
|     |                                                                                                      |                                                                                                                           |
| 8.  | Yamatsys Varona<br>Peres and Associates Enterprises, Inc.<br>1710 NW 7th Street, Suite 5<br>Miami, FL 33125 | Defendants may call Ms. Varona to testify                                                                                 |
|     |                                                                                                      |                                                                                                                           |
| 9.  | Cynthia Segovia<br>5314 SW 135 Court<br>Miami, FL 33175                                              | Defendants may call Ms. Segovia to testify                                                                                |
|     |                                                                                                      |                                                                                                                           |
| 10. | Rigoberto Sanchez<br>3633 NW 9th Street, Apt. 5<br>Miami, Florida 33125                              | Defendants may call Mr. Sanchez to testify                                                                                |
|     |                                                                                                      |                                                                                                                           |
| 11. | Corporate Representative of Colour Republic LLC<br>1301 NW 89th Court, #218                          | Defendants may call the corporate representative with the most knowledge as to observed hours of Plaintiffs               |

|     |                                                                                                                         |                                                                                                                                                                                                |
| --- | ----------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | Doral, Florida, 33172                                                                                                   |                                                                                                                                                                                                |
| 12. | Rolando Mejia<br>10022 NW 7th St<br>Unit 104<br>Miami, FL 33172                                                         | Defendants may call Mr. Mejia to testify                                                                                                                                                       |
| 13. | Sergio Sanchez<br>3638 SW 90 Ave<br>Miami, FL 33165                                                                     | Defendants may call Mr. Sanchez to testify                                                                                                                                                     |
| 14. | Records Custodian of<br>GATE Program<br>C4/O Grant Operations<br>Jackson Medical Towers<br>1500 NW 12 Avenue,<br>Suite 803 East<br>Miami, FL 33136 | Defendants may call the person with the most knowledge as to hours worked by Plaintiff, WALTER ALEXANDER GONZALEZ GOMEZ                                                                         |
| 15. | Records Custodian of<br>Rank Trade Services, Inc.<br>8800 NW 79 Ave.<br>Medley, FL 33166                                | Defendants may call the person with the most knowledge regarding all applications for employment submitted by WILLIAM ALBERTO MIDENCE ORDONEZ and GERONIMO FERNANDO PARRALES CHEVEZ            |
| 16. | Records Custodian of<br>North Star Seafood, LLC<br>1201 Hays Street<br>Tallahassee, FL 32301-2525                       | Defendants may call the person with the most knowledge regarding all applications for employment submitted by WALTER HUMBERTO PEREZ VALVERDE                                                   |
| 17. | Records Custodian of<br>Pescatlantic Group, LLC<br>200 Biscayne Blvd. #4710<br>Miami, FL 33131                          | Defendants may call the person with the most knowledge regarding all applications for employment submitted by WALTER ALEXANDER GONZALEZ GOMEZ                                                  |
| 18. | Gabriel Lazcano, MD<br>Laser Eye Center of Miami<br>1661 SW 37th Avenue<br>Miami, FL 33145                              | Defendants may call Dr. Lazcano regarding medical condition(s) WALTER HUMBERTO PEREZ VALVERDE                                                                                                  |
| 19. | Rebuttal Witnesses as needed according to testimony presented at trial                                                  |                                                                                                                                                                                                |
| 20. | Any and all witnesses identified by the Plaintiffs in their Witness List and/or presented by the Plaintiffs in          |                                                                                                                                                                                                |

3

| | |
|---|---|
| their case in chief | |

Respectfully submitted, this 21st day of April, 2017.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:    adi@lubellrosen.com

By: *s/Adi Amit*
     Adi Amit, Esquire
     Florida Bar No. 35257

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s *Adi Amit*
Adi Amit, Esquire
Florida Bar No: 35257

**SERVICE LIST**

*Walter Humberto Perez Valverde, et al. v. Miami Terminal Cold Storage, LLC, et al.*
S.D. Fla. Case No. 16-CV-22950

Rivkah Fay Jaff, Esq.
Neil Tobak, Esq.
Jamie H. Zidell, Esq.
J.H. ZIDELL, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
Rivkah.Jaff@gmail.com
ntobak.zidellpa@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiff*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*