UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:16-cv-22950-JAL

WALTER HUMBERTO PEREZ VALVERDE, WALTER ALEXANDER GONZALEZ GOMEZ, MANUEL DE JESUS LOPEZ RIVERA, WILLIAM ALBERTO MIDENCE ORDONEZ, GERONIMO FERNANDO PARRALES CHEVEZ, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER,

    Defendants.
_____/

**NOTICE OF HEARING BEFORE UNITED STATES MAGISTRATE
JUDGE JONATHAN GOODMAN**

PLEASE TAKE NOTICE that a discovery hearing compelling Non-Party Witness, Yamatsys Varona, individually, and as the Records Custodian of Peres and Associates Enterprises, Inc., to appear at their depositions after non-appearance at their previously scheduled deposition, is set for Friday, June 9, 2017 at 2:30 p.m., before the Honorable Magistrate Judge Jonathan Goodman, James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Room 1168, Miami, FL 33132:

**Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)**

The undersigned hereby certifies that on May 2, 2017, Plaintiffs' counsel, Rivkah Jaff, Esq., was conferred, by email regarding the scheduling of this hearing. Additionally,

undersigned's office conferred with non-party witness, Yamatsys Varona via telephone on May 2, 2017 and informed Ms. Varona of the above scheduled hearing.

Respectfully submitted, this 2nd day of May, 2017.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:   adi@lubellrosen.com
>
> By: */s/ Adi Amit*
>    Adi Amit, Esquire
>    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ *Adi Amit*
> Adi Amit, Esq.

## SERVICE LIST

*Walter Humberto Perez Valverde, et al. v. Miami Terminal Cold Storage, LLC, et al.*
S.D. Fla. Case No. 16-CV-22950

| | |
|---|---|
| Rivkah Fay Jaff, Esq. | Adi Amit, Esquire |
| Neil Tobak, Esq. | LUBELL & ROSEN, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | adi@lubellrosen.com |
| Miami Beach, Florida 33141 | *Counsel for Defendants* |
| Rivkah.Jaff@gmail.com | |
| ntobak.zidellpa@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiff* | |

**Copy via US First Class Mail**
**and Certified Mail/Return Receipt Requested to:**
Yamatsys Varona
Peres and Associates Enterprises, Inc.
1710 NW 7th Street
Suite 5
Miami, FL 33125