**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:16-cv-22950-JAL

WALTER HUMBERTO PEREZ
VALVERDE, WALTER ALEXANDER
GONZALEZ GOMEZ, MANUEL DE
JESUS LOPEZ RIVERA, WILLIAM
ALBERTO MIDENCE ORDONEZ,
GERONIMO FERNANDO PARRALES
CHEVEZ, and all others similarly situated
under 29 U.S.C. 216(b),

      Plaintiff,

v.

MIAMI TERMINAL COLD STORAGE,
LLC, LEE E SIGLER, and DEBORAH M
SIGLER,

      Defendants.

_____/

## AMENDED[1] NOTICE OF HEARING BEFORE UNITED STATES MAGISTRATE JUDGE JONATHAN GOODMAN

PLEASE TAKE NOTICE that a discovery hearing is set for Friday, June 9, 2017 at 2:30

p.m., before the Honorable Magistrate Judge Jonathan Goodman, James Lawrence King Federal

Justice Building, 99 N.E. Fourth Street, Room 1168, Miami, FL 33132 on the following matters:

1. Compelling Non-Party Witness, Yamatsys Varona, individually, and as the Records

   Custodian of Peres and Associates Enterprises, Inc., to appear at their depositions

   after non-appearance at their previously scheduled deposition.

2. Defendants' Request for the Court's entry of a protective order concerning Plaintiff's

   unilaterally set depositions of Samantha Sigler, Estevan Vargas, and Sergio Sanchez,

---

[1] Amended to include Defendants' Request for the Court's entry of a protective order concerning Plaintiff's unilaterally set depositions of Samantha Sigler, Estevan Vargas, and Sergio Sanchez.

scheduled to take place on June 22, 2017, a date undersigned counsel is scheduled to be in trial, in the matter of *Alexander Pinero Castillo v. La Mansion Del Bakery, LLC, et al*, **Case No. 1:16-cv-23053**, before the Honorable Jose E. Martinez, with Plaintiffs' counsel's office.

### Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)

The undersigned hereby certifies that on May 26, 2017, he conferred with Plaintiffs' counsel, Rivkah Jaff, Esq., by email regarding the scheduling of this hearing and proposed alternative dates for the depositions. Additionally, undersigned's office conferred with non-party witness, Yamatsys Varona via telephone on May 2, 2017 and informed Ms. Varona of the above scheduled hearing.

Respectfully submitted, this 26th day of May, 2017.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:    adi@lubellrosen.com

By: */s/ Adi Amit*
      Adi Amit, Esquire
      Florida Bar No. 35257

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Adi Amit*
Adi Amit, Esq.

## SERVICE LIST

*Walter Humberto Perez Valverde, et al. v. Miami Terminal Cold Storage, LLC, et al.*
S.D. Fla. Case No. 16-CV-22950

Rivkah Fay Jaff, Esq.
Neil Tobak, Esq.
Jamie H. Zidell, Esq.
J.H. ZIDELL, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
Rivkah.Jaff@gmail.com
ntobak.zidellpa@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiff*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*

## Copy via US First Class Mail
Yamatsys Varona
Peres and Associates Enterprises, Inc.
1710 NW 7th Street
Suite 5
Miami, FL 33125