**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:16-cv-22950-JAL

WALTER HUMBERTO PEREZ VALVERDE, WALTER ALEXANDER GONZALEZ GOMEZ, MANUEL DE JESUS LOPEZ RIVERA, WILLIAM ALBERTO MIDENCE ORDONEZ, GERONIMO FERNANDO PARRALES CHEVEZ, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,
v.

MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, and DEBORAH M SIGLER,

    Defendants.
_____/

**CORPORATE DEFENDANT, MIAMI TERMINAL COLD STORAGE, LLC'S NOTICE OF COMPLIANCE WITH THE COURT'S POST-DISCOVERY HEARING ADMINISTRATIVE ORDER, D.E. 52**

    Corporate Defendant, MIAMI TERMINAL COLD STORAGE, LLC, by and through its undersigned counsel, hereby files their Notice of Compliance, as follows:

    1.    Pursuant to Post-Discovery Hearing Administrative Order, DE 52, Corporate Defendant, MIAMI TERMINAL COLD STORAGE, LLC, provided its response, under oath, as to Interrogatory #7 of Plaintiffs' First Set of Interrogatories to Plaintiffs' counsel on June 16, 2017, by email.

    Respectfully submitted, this 16th day of June, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16th, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:___/s *Adi Amit*_____
    Adi Amit, Esquire
    Florida Bar No: 35257


## SERVICE LIST

*Walter Humberto Perez Valverde, et al. v. Miami Terminal Cold Storage, LLC, et al.*
S.D. Fla. Case No. 16-CV-22950

| | |
|---|---|
| Rivkah Fay Jaff, Esq. | Adi Amit, Esquire |
| Neil Tobak, Esq. | LUBELL & ROSEN, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | adi@lubellrosen.com |
| Miami Beach, Florida 33141 | *Counsel for Defendants* |
| Rivkah.Jaff@gmail.com | |
| ntobak.zidellpa@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |