UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22950-CIV-JAL/JG

| | |
|---|---|
| WALTER HUMBERTO PEREZ VALVERDE, WALTER ALEXANDER GONZALEZ GOMEZ, MANUEL DE JESUS LOPEZ RIVERA, WILLIAM ALBERTO MIDENCE ORDONEZ, GERONIMO FERNANDO PARRALES CHEVEZ, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br><br> vs. <br><br> MIAMI TERMINAL COLD STORAGE, LLC, <br> LEE E SIGLER, <br> DEBORAH M SIGLER, <br><br> Defendants. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO OBTAIN AN EARLIER DATE FOR A DISCOVERY HEARING WITH THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN**

COME NOW the Plaintiffs, by and through the undersigned counsel, and respectfully requests entry of an Order providing Plaintiffs with an earlier date to hold a Discovery Hearing with the Honorable Magistrate Judge Jonathan Goodman in the above referenced matter, and as grounds thereof states as follows:

1. Per the Court's Scheduling Order [DE38] all fact discovery must be completed by June 30, 2017. Further, all dispositive pretrial motions and memoranda of law must be filed, as well as any motions to exclude or limit proposed expert testimony, by August 23, 2017. *Id.* Trial is set for the two-week calendar commencing March 19, 2018. *Id.*

2. On June 20, 2017, Plaintiffs conferred with the Honorable Magistrate Judge Jonathan Goodman's Chambers in order to obtain proposed dates for a Discovery Hearing and the earliest date available per the Court's calendar was August 4, 2017. Defense counsel has indicated that he generally is not available for 5:30 hearings and expects to be in Israel at that time.

3. Further, given the deadlines set forth in the Scheduling Order [DE38], should the Court permit Plaintiffs to obtain the information sought, Plaintiffs will want to have an opportunity to review the information and possibly incorporate same into any Motions they may file (i.e. summary judgment motions, etc.).

4. Plaintiffs do not file the instant Motion for purposes of delay but rather so that the matter can be heard timely by the Court.

WHEREFORE PLAINTIFFS RESPECTFULLY REQUEST THE COURT SET A DISCOVERY HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN TO OCCUR IN THE MONTH OF JULY, 2017.

### CERTIFICATE OF CONFERRAL

Defendants oppose the instant Motion.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Rivkah F. Jaff, Esq. ___
       Rivkah F. Jaff, Esquire
       Florida Bar No.: 107511

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/29/17 TO:

**ADI AMIT, ESQ.**
**LUBELL & ROSEN, LLC**
**200 S. ANDREWS AVENUE, SUITE 900**
**FORT LAUDERDALE, FL 33301**
**PH: 954-755-3425**
**FAX: 954-755-2993**
**EMAIL: ADI@LUBELLROSEN.COM**

BY:__/s/____Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22950-CIV-JAL/JG

| | |
|---|---|
| WALTER HUMBERTO PEREZ VALVERDE, WALTER ALEXANDER GONZALEZ GOMEZ, MANUEL DE JESUS LOPEZ RIVERA, WILLIAM ALBERTO MIDENCE ORDONEZ, GERONIMO FERNANDO PARRALES CHEVEZ, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MIAMI TERMINAL COLD STORAGE, LLC, LEE E SIGLER, DEBORAH M SIGLER, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING PLAINTIFFS' MOTION TO OBTAIN AN EARLIER DATE FOR A DISCOVERY HEARING WITH THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN**

This cause, having come before the Court on the above-described Unopposed Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said Motion is granted and therefore:

THE PARTIES SHALL APPEAR FOR A DISCOVERY HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN ON JULY __, 2017, TO ADDRESS PLAINTIFFFS' DISCOVERY DISPUTES.

DONE AND ORDERED IN CHAMBERS IN MIAMI-DADE, FLORIDA, ON THIS _____ DAY OF _____, 2017.

                                                                    _____
JONATHAN GOODMAN
UNITED STATED MAGISTRATE JUDGE

Copies to: Counsel of Record